UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington, DC 20530,<br><br>       Plaintiff,<br><br>      v.<br><br>ALL VIRTUAL CURRENCY SEIZED FROM ONE MEXC ACCOUNT ENDING IN 8248, ONE MEXC ACCOUNT ENDING IN 7017, ONE BINANCE ACCOUNT ENDING IN 8327, AND ONE BINANCE ACCOUNT ENDING IN 5604<br><br>       Defendants. | Civil Action No. 24-cv-3309 |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

     WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 21st day of November, 2024, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(G)(i);

     YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**ALL VIRTUAL CURRENCY SEIZED FROM ONE MEXC ACCOUNT ENDING IN 8248, ONE MEXC ACCOUNT ENDING IN 7017, ONE BINANCE ACCOUNT ENDING IN 8327, AND ONE BINANCE ACCOUNT ENDING IN 5604**

      YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: November \_\_\_\_, 2024

_____
Clerk of the Court

By: _____
Deputy Clerk