UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                **Plaintiff,**<br><br>v.<br><br>**ALL VIRTUAL CURRENCY SEIZED FROM ONE MEXC ACCOUNT ENDING IN 8248, ONE MEXC ACCOUNT ENDING IN 7017, ONE BINANCE ACCOUNT ENDING IN 8327, AND ONE BINANCE ACCOUNT ENDING IN 5604.**<br><br>               **Defendants *in rem*.** | Criminal No. 1:24-cv-03309-LLA |

## PROPOSED ORDER

UPON CONSIDERATION of the United States' motion for default judgment, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that

1. Default judgment is hereby entered against all persons or entities claiming an interest in the Defendant Property.

2. The Defendant property is hereby forfeited to the government.

3. This is a final order.

SO ORDERED:

_____          _____
Dated                                                     THE HONORABLE LOREN L. ALIKHAN
                                                          UNITED STATES DISTRICT JUDGE